B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  Steven R. Szanyi                        ,     Case No.  15-54242

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Select Portfolio Servicing, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Rushmore Loan Management Services
 P.O. Box 55004
 Irvine, CA 92619-2708
Phone: _____
Last Four Digits of Acct #:  8381

Court Claim # (if known):  4
Amount of Claim:  $106,995.85
Date Claim Filed:  08/17/2015

Phone:  1-800-258-8602
Last Four Digits of Acct. #:  9370

Name and Address where transferee payments should be sent (if different from above):
 Rushmore Loan Management Services
 P.O. Box 52708
 Irvine, CA 92619-2708
Phone:  888-504-6700
Last Four Digits of Acct #:  8381

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/LeAnn E. Covey                    Date:  10/19/2017
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Claim Other Than for Security was served

(i) **electronically** on the date of filing through the court's ECF System on all ECF participants

registered in this case at the email address registered with the court and

(ii) by **ordinary U.S. Mail** on October 19, 2017 addressed to:


Steven R. Szanyi
3983 Poppysead Ct.
Columbus, OH  43207


/S/ LeAnn E. Covey
LeAnn E. Covey, Esquire