**Fill in this information to identify the case:**

Debtor 1: Steven R. Szanyi

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 15-54242

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, LP

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 8 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2018

**New total payment:** $ 764.88
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 235.28    New escrow payment: $ 226.91

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Steven R Szanyi**
First Name    Middle Name    Last Name

Case number *(if known)* 15-54242

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ LeAnn E. Covey
Signature

Date 05/07/2018

Print: **LeAnn E Covey**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Clunk, Hoose Co., LPA**

Address **4500 Courthouse Blvd., Suite 400**
Number    Street

**Stow**    **OH**    **44224**
City    State    ZIP Code

Contact phone 330-436-0300

Email bknotice@clunkhoose.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served

(i) **electronically** on the date of filing through the court's ECF System on all ECF participants

registered in this case at the email address registered with the court and

(ii) by **ordinary U.S. Mail** on May 7, 2018 addressed to:


Steven R. Szanyi
3983 Poppysead Ct.
Columbus, OH  43207



/S/ LeAnn E. Covey
LeAnn E. Covey, Esquire

Loan Number: ███████
Analysis Date: 04/25/2018

STEVEN R SZANYI
3983 POPPYSEED CT
COLUMBUS OH 43207-4630

153 / N1

**NEW MONTHLY PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $537.97 |
| Required Escrow Payment | $226.91 |
| Shortage/Surplus Spread | $.00 |
| Optional Program Payment | $.00 |
| Buydown or Assistance Payments | $.00 |
| Other | $.00 |
| **TOTAL MONTHLY PAYMENT** | **$764.88** |
| NEW PAYMENT EFFECTIVE DATE: | 07/01/2018 |

**FOR BORROWERS IN BANKRUPTCY OR BORROWERS WHOSE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THIS IS AN INFORMATIONAL STATEMENT AND IT IS NOT AN ATTEMPT TO COLLECT A DEBT. PLEASE NOTE THAT EVEN IF YOUR DEBT HAS BEEN DISCHARGED IN BANKRUPTCY AND YOU ARE NO LONGER PERSONALLY LIABLE ON THE DEBT, THE LENDER MAY, IN ACCORDANCE WITH APPLICABLE LAW, PURSUE ITS RIGHTS TO FORECLOSE ON THE PROPERTY SECURING THE DEBT.**

Rushmore Loan Management Services has completed an analysis of the escrow account. We have adjusted the mortgage payment to reflect changes in the real estate taxes and/or property insurance. The escrow items to be disbursed from the account are itemized above. If you have questions regarding this analysis, please write to our Customer Service Department at Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, or call toll-free 1-888-504-6700.

**In the event you utilize a third party to remit your payments, please inform them of the effective date of any change in your payment.**

### ANNUAL ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

This is an estimate of activity in the escrow account during the coming year based on payments anticipated to be made from the account.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | | $873.33 | $173.56 |
| JUL | $226.91 | | | | | | $1100.24 | $400.47 |
| AUG | $226.91 | | | | | | $1327.15 | $627.38 |
| SEP | $226.91 | | | | | | $1554.06 | $854.29 |
| OCT | $226.91 | | | | $801.00 | | $979.97 | $280.20 |
| NOV | $226.91 | | | | | | $1206.88 | $507.11 |
| DEC | $226.91 | | | | | | $1433.79 | $734.02 |
| JAN | $226.91 | | $960.93 | | | | $699.77 | $0.00 * |
| FEB | $226.91 | | | | | | $926.68 | $226.91 |
| MAR | $226.91 | | | | | | $1153.59 | $453.82 |
| APR | $226.91 | | | | | | $1380.50 | $680.73 |
| MAY | $226.91 | | | | | | $1607.41 | $907.64 |
| JUN | $226.91 | | $960.93 | | | | $873.39 | $173.62 |

Column group headers: PAYMENTS FROM ESCROW ACCOUNT (MIP/PMI, TAXES, FLOOD, HAZ. INS., SPECIAL); ESCROW ACCOUNT BALANCE (PROJECTED, REQUIRED).

*Indicates a projected low point of  $699.77 . Under the mortgage contract, state or federal law, the lowest monthly balance should not exceed  $.00. The difference between the projected low point and the amount required is $1,643.16 . This is the surplus.

**Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.**

IF THIS ESCROW ANALYSIS INDICATES THAT THERE IS A SURPLUS, IT MAY NOT MEAN THAT YOU ARE ENTITLED TO RECEIVE A RETURN OF THAT SURPLUS. THIS ANALYSIS WAS CALCULATED BASED ON AN ASSUMPTION THAT THE ACCOUNT IS CURRENT ACCORDING TO THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST. IF THE ACCOUNT IS BEHIND, IN DEFAULT, OR IN BANKRUPTCY, THIS ANALYSIS MAY NOT REFLECT THE CURRENT STATE OF THE ACCOUNT OR THE TERMS OF A BANKRUPTCY PLAN. IF THERE ARE ENOUGH FUNDS IN THE ESCROW ACCOUNT AND THE SURPLUS IS $50 OR GREATER, THAT SURPLUS WILL BE MAILED TO YOU WITHIN 30 DAYS, PROVIDED THE ACCOUNT IS CURRENT UNDER THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST.

LOAN NUMBER: ███████        SURPLUS AMOUNT:   $1,643.16

NAME: STEVEN R SZANYI

**IF THERE ARE ENOUGH FUNDS IN THE ACCOUNT TO DISBURSE THE PROJECTED OVERAGE AND THE ACCOUNT IS CURRENT, THEN THE REFUND WILL BE MAILED TO YOU WITHIN 30 DAYS.**

EF90 ENCP7-16

| MONTH | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL. | | | | | | $0.00 | $287.59- |
| NOV | | $494.70* | | | | $0.00 | $207.11 |
| DEC | | $235.28* | | | | $0.00 | $442.39 |
| JAN | | $235.28* | | $960.93* | COUNTY/PARIS | $0.00 | $283.26- |
| FEB | | $470.56* | | | | $0.00 | $187.30 |
| MAR | | $235.28* | | | | $0.00 | $422.58 |
| APR | | $941.12* | | | | $0.00 | $1363.70 |
| MAY | | $235.28* | | | | $0.00 | $1598.98 |
| JUN | | $235.28* | | $960.93* | COUNTY/PARIS | $0.00 | $873.33 |

OVER THIS PERIOD, AN ADDITIONAL      $.00  WAS  DEPOSITED INTO THE ESCROW  ACCOUNT FOR INTEREST ON ESCROW.

The actual lowest  monthly  balance was  less than       $.00. The items  with  an asterisk  on the account  history  may  explain  this,  if  you  would   like  a further   explanation,   please  call  our  toll-free    number:    1-888-504-6700.



P.O. Box 55004
Suite 100
Irvine, CA  92619

www.rushmorelm.com

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS

**FOR BORROWERS IN BANKRUPTCY OR BORROWERS WHOSE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THIS IS AN INFORMATIONAL STATEMENT AND IT IS NOT AN ATTEMPT TO COLLECT A DEBT. PLEASE NOTE THAT EVEN IF YOUR DEBT HAS BEEN DISCHARGED IN BANKRUPTCY AND YOU ARE NO LONGER PERSONALLY LIABLE ON THE DEBT, THE LENDER MAY, IN ACCORDANCE WITH APPLICABLE LAY, PURSUE ITS RIGHTS TO FORECLOSE ON THE PROPERTY SECURING THE DEBT.**

IF THIS ESCROW ANALYSIS INDICATES THAT THERE IS A SURPLUS, IT MAY NOT MEAN THAT YOU ARE ENTITLED TO RECEIVE A RETURN OF THAT SURPLUS. THIS ANALYSIS WAS CALCULATED BASED ON AN ASSUMPTION THAT THE ACCOUNT IS CURRENT ACCORDING TO THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST. IF THE ACCOUNT IS BEHIND, IN DEFAULT, OR IN BANKRUPTCY, THIS ANALYSIS MAY NOT REFLECT THE CURRENT STATE OF THE ACCOUNT OR THE TERMS OF A BANKRUPTCY PLAN. IF THERE ARE ENOUGH FUNDS IN THE ESCROW ACCOUNT AND THE SURPLUS IS $50 OR GREATER, THAT SURPLUS WILL BE MAILED TO YOU WITHIN 30 DAYS, PROVIDED THE ACCOUNT IS CURRENT UNDER THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST.

*If there is an amount listed in the "Actual" column under Payments To Escrow Account on Page 2 above, then this is the assumption that was made and indicates the amount that would have been paid into escrow for a contractually current loan. This number does not represent payments that were actually made by you. As discussed above, these escrow calculations are calculated based on an assumption that the account would be current according to the terms of the note and mortgage/deed of trust.

